UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: SHUSTEK, ELIZABETH § Case No. 16-16755
§
§
§
Debtor(s)

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/22/2016. The undersigned trustee was appointed on 12/22/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $       1,839.62

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 110.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 1,729.62 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/05/2017 and the deadline for filing governmental claims was 06/20/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $459.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $459.90, for a total compensation of $459.90[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $77.11 for total expenses of $77.11[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/22/2018    By: /s/ Shelley D. Krohn
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 16-16755 | Trustee Name: | (480070) Shelley D. Krohn |
|---|---|---|---|
| Case Name: | SHUSTEK, ELIZABETH | Date Filed (f) or Converted (c): | 12/22/2016 (f) |
| | | § 341(a) Meeting Date: | 01/25/2017 |
| For Period Ending: | 06/22/2018 | Claims Bar Date: | 06/05/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2015 Chrysler 200, 75,000 miles, Debtor's separated husband has possession of the vehicle. He makes all payments related to the vehicle and pays for all operational expenses.. Entire property value: $8,354.00 (u) | 8,354.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture (u) | 200.00 | 0.00 | | 0.00 | FA |
| 3 | TV, laptop, electronics (u) | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing, shoes, coats (u) | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry (u) | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Cash (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Citibank (u) | 7.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: US Bank (u) | 200.00 | 0.00 | | 0.00 | FA |
| 9 | 2016 tax refund: Federal (u)<br>See ECF 30 Order approving stip for repayment | 0.00 | 1,807.69 | | 1,807.69 | FA |
| 10 | Unclaimed Funds (u) | 0.00 | 31.93 | | 31.93 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$9,811.00** | **$1,839.62** | | **$1,839.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/22/2018    **Current Projected Date Of Final Report (TFR):** 12/22/2018

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 16-16755 | | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|---|
| Case Name: | SHUSTEK, ELIZABETH | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2477 | | Account #: | ******2800 Checking |
| For Period Ending: | 06/22/2018 | | Blanket Bond (per case limit): | $46,257,863.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/17 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 150.00 |
| | {9} | | Acct #1; Payment #1          $150.00 | 1224-000 | | | 150.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 140.00 |
| 08/16/17 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 290.00 |
| | {9} | | Acct #1; Payment #2          $150.00 | 1224-000 | | | 290.00 |
| 08/28/17 | {10} | State of Nevada | Unclaimed Funds | 1229-000 | 31.93 | | 321.93 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 311.93 |
| 09/15/17 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 461.93 |
| | {9} | | Acct #1; Payment #3          $150.00 | 1224-000 | | | 461.93 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 451.93 |
| 10/24/17 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 601.93 |
| | {9} | | Acct #1; Payment #4          $150.00 | 1224-000 | | | 601.93 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 591.93 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 581.93 |
| 12/06/17 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 731.93 |
| | {9} | | Acct #1; Payment #5          $150.00 | 1224-000 | | | 731.93 |
| 12/19/17 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 881.93 |
| | {9} | | Acct #1; Payment #6          $150.00 | 1224-000 | | | 881.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 871.93 |
| 01/30/18 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 1,021.93 |
| | {9} | | Acct #1; Payment #7          $150.00 | 1224-000 | | | 1,021.93 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,011.93 |
| 02/12/18 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 1,161.93 |
| | {9} | | Acct #1; Payment #8 | 1224-000 | | | 1,161.93 |

Page Subtotals:    $1,231.93    $70.00

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| Case No.: | 16-16755 | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | SHUSTEK, ELIZABETH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2477 | Account #: | ******2800 Checking |
| For Period Ending: | 06/22/2018 | Blanket Bond (per case limit): | $46,257,863.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $150.00 | | | | |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,151.93 |
| 03/12/18 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 1,301.93 |
| | {9} | | Acct #1; Payment #9  $150.00 | 1224-000 | | | 1,301.93 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,291.93 |
| 04/20/18 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 1,441.93 |
| | {9} | | Acct #1; Payment #10  $150.00 | 1224-000 | | | 1,441.93 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,431.93 |
| 05/07/18 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 1,581.93 |
| | {9} | | Acct #1; Payment #11  $150.00 | 1224-000 | | | 1,581.93 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,571.93 |
| 06/18/18 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 150.00 | | 1,721.93 |
| | {9} | | Acct #1; Payment #12  $150.00 | 1224-000 | | | 1,721.93 |
| 06/20/18 | | Elizabeth Shustek | 2016 Tax Refund | 1224-000 | 7.69 | | 1,729.62 |
| | {9} | | Acct #1; Payment #12  $7.69 | 1224-000 | | | 1,729.62 |
| | | **COLUMN TOTALS** | | | 1,839.62 | 110.00 | $1,729.62 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,839.62 | 110.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $1,839.62 | $110.00 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 16-16755 | **Trustee Name:** | Shelley D. Krohn (480070) |
| **Case Name:** | SHUSTEK, ELIZABETH | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2477 | **Account #:** | ******2800 Checking |
| **For Period Ending:** | 06/22/2018 | **Blanket Bond (per case limit):** | $46,257,863.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2800 Checking | $1,839.62 | $110.00 | $1,729.62 |
| | $1,839.62 | $110.00 | $1,729.62 |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case:** 16-16755  **ELIZABETH SHUSTEK**

Claims Bar Date: 06/05/17

| Claim No. | Claimant Name/ \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D0 | Conns Credit Corp<br>3295 College St<br>Beaumont, TX 77701<br>\<4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)\><br>, 100 | Secured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Nevada West Financial/<br>7625 Dean Martin Dr Ste<br>Las Vegas, NV 89139<br>\<4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)\><br>, 100 | Secured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | HLS OF NEVADA, LLCNEVADA WEST FINANACIAL<br>PO BOX 94703<br>LAS VEGAS, NV 89193<br>\<4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)\><br>, 100<br><br>3/7/18 CA Reviewed and Disallowed. Secured by a Motor Vehicle. 2015 Chrysler. | Secured<br>01/04/17 | | $14,050.67<br>$0.00 | $0.00 | $0.00 |
| 15S | CONN APPLIANCES, INC. C/O BECKET AND LEE LLP<br>PO BOX 3002<br>DEPT CONNS<br>MALVERN, PA 19355-1245<br>\<4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)\><br>, 100<br><br>3/7/18 Disallowed. Secured by Goods Sold. | Secured<br>05/31/17 | | $1,662.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Shelley D. Krohn<br>510 S. 8th Street<br>Las Vegas, NV 89101<br>\<2100-000 Trustee Compensation\><br>, 200 | Administrative<br>06/22/18 | | $459.90<br>$459.90 | $0.00 | $459.90 |
| TE | Shelley D. Krohn<br>510 S. 8th Street<br>Las Vegas, NV 89101<br>\<2200-000 Trustee Expenses\><br>, 200 | Administrative<br>06/22/18 | | $77.11<br>$77.11 | $0.00 | $77.11 |

# Exhibit C

## Analysis of Claims Register

Case: 16-16755      ELIZABETH SHUSTEK

Claims Bar Date: 06/05/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Acct Corp<br>4955 S Durango Dr Ste 17<br>Las Vegas, NV 89113<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Acctcorp Of Southern N<br>4955 S Durango Dr Ste 17<br>Las Vegas, NV 89113<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Century Link<br>P.O. Box 4300<br>Carol Stream, IL 60197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/26/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Check City<br>ATTN: Legal Dept.<br>P.O. Box 35227<br>Las Vegas, NV 89133<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citibank<br>Citicorp Credit Srvs/Centralized, Bankru<br>Po Box 790040<br>Saint Louis, MO 63179<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | DirecTV<br>PO Box 78626<br>Phoenix, AZ 85062<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/26/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 16-16755      ELIZABETH SHUSTEK

Claims Bar Date: 06/05/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| | Duvera Collections<br>Attention: Bankruptcy Department<br>Po Box 2549<br>Carlsbad, CA 92018<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Flagship Credit Acceptance<br>3 Christy Dr Ste 201<br>Chadds Ford, PA 19317<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Joseph Shustek<br>3684 Paradise Rd. #J-1119<br>Las Vegas, NV 89160<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/26/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Money Tree<br>6720 Fort Dent Way<br>Suite #230<br>Seattle, WA 98188<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Ncc Business Svcs Inc<br>9428 Baymeadows Rd. Suite 200<br>Jacksonville, FL 32256<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | PlusFour Inc<br>6345 S Pecos Rd Ste 212<br>Las Vegas, NV 89120<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

Case: 16-16755      ELIZABETH SHUSTEK

Claims Bar Date: 06/05/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Sentry Recovery & Collections, Inc. 3080 S. Durango Dr. Ste. 203 Las Vegas, NV 89117 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/12/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Iq Data International 1000 Se Everett Mall Way Everett, WA 98208 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/12/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| 2 | Sunrise Hospital And Medical CenterResurgent Capital Services, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/13/17 | | $350.00 $350.00 | $0.00 | $350.00 |
| | 3/7/18 CA Reviewed and Allowed as Filed. | | | | | |
| 3 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/02/17 | | $82.94 $82.94 | $0.00 | $82.94 |
| | 3/7/18 CA Reviewed and Allowed as Filed. | | | | | |
| 4 | Check City by American InfoSource LP as agent PO Box 248838 Oklahoma City, OK 73124-8838 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/03/17 | | $153.35 $153.35 | $0.00 | $153.35 |
| | 3/7/18 CA Reviewed and Allowed as Filed. | | | | | |
| 5 | ECAST SETTLEMENT CORPORATION PO BOX 35480 NEWARK, NJ 07193-5480 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/06/17 | | $1,159.45 $0.00 | $0.00 | $0.00 |
| | Withdrawn per ECF 25. sk | | | | | |

UST Form 101-7-TFR (5/1/2011)

Page: 5

# Exhibit C

## Analysis of Claims Register

**Case:** 16-16755     **ELIZABETH SHUSTEK**

Claims Bar Date: 06/05/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | ACCTCORP OF SOUTHERN NEVADA<br>4955 S DURANGO SUITE 177<br>LAS VEGAS, NV 89113<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/17 | | $2,489.23<br>$2,489.23 | $0.00 | $2,489.23 |
| | 3/7/18 CA Reviewed and Allowed as Filed. | | | | | |
| 7 | ACCTCORP OF SOUTHERN NEVADA<br>4955 S DURANGO SUITE 177<br>LAS VEGAS, NV 89113<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/17 | | $1,112.30<br>$1,112.30 | $0.00 | $1,112.30 |
| | 3/7/2018 CA Reviewed and Allowed as Filed. | | | | | |
| 8 | ACCTCORP OF SOUTHERN NEVADA<br>4955 S DURANGO SUITE 177<br>LAS VEGAS, NV 89113<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/17 | | $992.77<br>$992.77 | $0.00 | $992.77 |
| | 3/7/18 CA Reviewed and Allowed as Filed. | | | | | |
| 9 | ACCTCORP OF SOUTHERN NEVADA<br>4955 S DURANGO SUITE 177<br>LAS VEGAS, NV 89113<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/17 | | $8,319.99<br>$8,319.99 | $0.00 | $8,319.99 |
| | 3/7/18 CA Reviewed and Allowed as Filed. | | | | | |
| 10 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/25/17 | | $197.87<br>$197.87 | $0.00 | $197.87 |
| | 3/7/18 CA Reviewed and Allowed as Filed. | | | | | |

UST Form 101-7-TFR (5/1/2011)

Page: 6

# Exhibit C

## Analysis of Claims Register

Case: 16-16755　　　　　　　　　　　ELIZABETH SHUSTEK

Claims Bar Date: 06/05/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/23/17 | | $466.88 $466.88 | $0.00 | $466.88 |
| | 3/7/18 CA reviewed and Allowed as Filed. | | | | | |
| 12 | Directv, LLC by American InfoSource LP as agent PO Box 5008 Carol Stream, IL 60197-5008 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/26/17 | | $577.64 $577.64 | $0.00 | $577.64 |
| | 3/7/18 CA Reviewed and Allowed as filed. | | | | | |
| 13 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/30/17 | | $482.57 $482.57 | $0.00 | $482.57 |
| | 3/7/18 Reviewed and Allowed as filed. | | | | | |
| 14 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/30/17 | | $122.57 $122.57 | $0.00 | $122.57 |
| | 3/7/18 CA Reviewed and Allowed as Filed. | | | | | |
| 15U | CONN APPLIANCES, INC. C/O BECKET AND LEE LLP PO BOX 3002 DEPT CONNS MALVERN, PA 19355-1245 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/31/17 | | $38.01 $38.01 | $0.00 | $38.01 |

Page: 7

# Exhibit C
## Analysis of Claims Register

**Case: 16-16755**  **ELIZABETH SHUSTEK**

Claims Bar Date: 06/05/17

**Case Total:**  **$0.00**  **$15,923.13**

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-16755
Case Name: ELIZABETH SHUSTEK
Trustee Name: Shelley D. Krohn

**Balance on hand:**   $   1,729.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15S | CONN APPLIANCES, INC. C/O BECKET AND LEE LLP | 1,662.00 | 0.00 | 0.00 | 0.00 |
| 1 | HLS OF NEVADA, LLCNEVADA WEST FINANACIAL | 14,050.67 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   1,729.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Shelley D. Krohn | 459.90 | 0.00 | 459.90 |
| Trustee, Expenses - Shelley D. Krohn | 77.11 | 0.00 | 77.11 |

Total to be paid for chapter 7 administrative expenses:   $   537.01
Remaining balance:   $   1,192.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   1,192.61

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 1,192.61 |

UST Form 101-7-TFR(5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $15,386.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Sunrise Hospital And Medical CenterResurgent Capital Services | 350.00 | 0.00 | 27.13 |
| 3 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | 82.94 | 0.00 | 6.43 |
| 4 | Check City by American InfoSource LP as agent | 153.35 | 0.00 | 11.89 |
| 6 | ACCTCORP OF SOUTHERN NEVADA | 2,489.23 | 0.00 | 192.95 |
| 7 | ACCTCORP OF SOUTHERN NEVADA | 1,112.30 | 0.00 | 86.22 |
| 8 | ACCTCORP OF SOUTHERN NEVADA | 992.77 | 0.00 | 76.95 |
| 9 | ACCTCORP OF SOUTHERN NEVADA | 8,319.99 | 0.00 | 644.90 |
| 10 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 197.87 | 0.00 | 15.34 |
| 11 | LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC Resurgent Capital Services | 466.88 | 0.00 | 36.19 |
| 12 | Directv, LLC by American InfoSource LP as agent | 577.64 | 0.00 | 44.77 |
| 13 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services | 482.57 | 0.00 | 37.40 |
| 14 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services | 122.57 | 0.00 | 9.50 |
| 15U | CONN APPLIANCES, INC. C/O BECKET AND LEE LLP | 38.01 | 0.00 | 2.94 |

Total to be paid for timely general unsecured claims:   $   1,192.61
Remaining balance:   $   0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)