_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 20, 2018

SHELLEY D. KROHN, TRUSTEE
510 South 8th Street
Las Vegas, NV 89101
Phone: (702) 421-2210
Fax: (702) 366-1939
E-mail: Shelley@TrusteeKrohn.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SHUSTEK, ELIZABETH<br><br>Debtor(s). | Case No.: BK-S-16-16755-MKN<br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

SHELLEY D. KROHN, the duly appointed, qualified Federal Bankruptcy Trustee herein, having filed herein her Final Report and Account of said estate on, upon written notice of Summary of Final Report and Account being sent to all creditors, no objections having been filed, and good cause appearing therefore, it is hereby:

**ORDERED** that Trustee fees in the amount of $459.90 and expenses in the amount of $77.11 be approved and that the Trustee is authorized to pay such funds; it is further

**ORDERED** that the Trustee is authorized to make payments to the parties as described in the

/ / /

/ / /

1

Final Report and Account.

Submitted by:

*[signature]*

Shelley D. Krohn, Trustee

## CERTIFICATION

In accordance with Local Rule 9014.1, the Trustee submitting this document certifies that:

1. The Summary of Final Report was served on all creditors and parties in interest with the negative notice legend informing them of their opportunity to object within 21 days.

2. No objection was filed within 21 days of the date of service.

###